In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-054 CV


____________________



VIRGLE FOLLER AND DOROTHY FOLLER, Appellants



V.



KINGWOOD CABLEVISION, INC., d/b/a LAKEWOOD CABLEVISION, 
Appellee





On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 16916






MEMORANDUM OPINION (1)


 Virgle Foller and Dorothy Foller have filed a motion to dismiss this appeal with
prejudice. The appellants allege they no longer desire to pursue this appeal. The Court
finds that this motion is voluntarily made by the appellant through their attorney of record
prior to any decision of this Court. Tex. R. App. P. 42.1(a)(1). No other party filed
notice of appeal.

 It is therefore ORDERED that the motion be granted and the appeal is therefore
DISMISSED. Appellate costs are assessed against the incurring party. 

 

 PER CURIAM


Opinion Delivered October 2, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.